```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**THERESA MARTIN,**              *
                                                *
    **Plaintiff,**              *
                                                *
vs.                              *     CIVIL ACTION 07-00835-B
                                                *
**MICHAEL J. ASTRUE,**           *
**Commissioner of**              *
**Social Security,**             *
                                                *
    **Defendant.**              *

## JUDGMENT

In accordance with the Order entered on June 15, 2009, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying claimant benefits be **AFFIRMED.**

**DONE** this the **20**th day of **July**, **2009**.

                                                          /s/ SONJA F. BIVINS
                                            **UNITED STATES MAGISTRATE JUDGE**